## COLUMBIA BANK & TRUST CO. v. SOUTHERN SURETY CO.

No. 1371. Opinion Filed September 13, 1910.

Rehearing Denied February 4, 1913.

PRINCIPAL AND SURETY—Former Decision Followed. The syllabus in this case is the same as that of Columbia Bank & Trust Co. v. United States Fidelity & Guaranty Co., 33 Okla. 535, 126 Pac. 556.

(Syllabus by the Court.)

*Error from District Court, Oklahoma County;*
*George W. Clark, Judge.*

Fife et al. v. Cornelous et al.

Proceedings by E. B. Cockrell, Bank Commissioner, to wind up the affairs of the Columbia Bank & Trust Company. On application of the Bank Commissioner for an order of sale, the Southern Surety Company filed a petition in intervention. From a judgment for intervener, the Bank Commissioner brings error. Reversed and remanded.

*Ledbetter, Stuart & Bell,* for plaintiff in error.

*J. H. Huckleberry* and *Hutchings & German,* for defendant in error.

KANE, J. The questions raised in this proceeding in error are the same as those decided in *Columbia Bank & Trust Co. v. United States Fidelity & Guaranty Co.,* 33 Okla. 535, 126 Pac. 556. Upon the authority of that case, the judgment of the court below is reversed and the cause remanded.

DUNN, C. J., and TURNER, J., concur; WILLIAMS and HAYES, JJ., disqualified, and not participating.